# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

JOHN JONES

          V.        CASE NUMBER: 1:07-CV-309(VEB)

COMMISSIONER OF SOCIAL SECURITY


[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, pursuant to theOrder of the Hon. Vincent E. Bianchini filed on September 10, 2008.


DATED:    September 10, 2008

*(signature)*
Clerk of Court

LKB:lmp